UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE
MAINE

| | |
|---|---|
| NATIONAL ORGANIZATION FOR MARRIAGE AND AMERICAN PRINCIPLES IN ACTION, <br><br> Plaintiffs, <br> v. <br><br> WALTER F. McKEE, in his official capacity as member of the Commission on Government Ethics and Election Practices, et al., <br><br> Defendants. | CIVIL NO. 09-538-B-H |

**MAINE CITIZENS FOR CLEAN ELECTIONS' MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

NOW COMES the Maine Citizens for Clean Elections and moves this Court, pursuant to 7(a) of the Local Rules for the United States District Court for the District of Maine, for leave to participate as *amicus curiae* in the above captioned matter. Support for this motion is set forth below.

1. The Plaintiffs filed the instant action against the Defendants on October 21, 2009.

2. In 1996, Maine voters passed the Maine Clean Election Act (MCEA) which established a voluntary program of full public financing of political campaigns for candidates running for Governor, State Senator, and State Representative. 21-A M.R.S.A. §§ 1121-1128.

3. Maine Citizens for Clean Elections, ("MCCE"), is a nonpartisan coalition of groups and individuals that formed after the passage of the MCEA to advocate

- 2 -

4. for, increase public support for, defend, and improve the MCEA and related campaign finance laws.

5. MCCE is the only organization in Maine devoted entirely to monitoring and strengthening the MCEA and related campaign finance laws, and its members possess expertise in this field that would be useful in assisting the Court.

6. While the Plaintiff did not bring the instant action against the MCCE, the MCCE has in interest in how this Court's decision impacts the MCEA and related campaign finance laws.

7. MCCE seeks an opportunity to respond to Plaintiff's complaint through an *amicus curiae* brief to be filed at the appropriate time.

8. MCCE agrees to be subject to the existing confidentiality order governing the parties in this matter.

9. Counsel for the Defendants, the Maine Attorney General, consents to the instant request to appear as *amicus curiae*.

10. Counsel for the Plaintiffs, Josiah Neeley, consents to the instant request to appear as *amicus curiae*.

- 3 -

WHEREFORE, the Maine Citizens for Clean Elections respectfully requests the Court grant its request to appear as amicus curiae in the above captioned matter.

DATED:  March 11, 2010                    Respectfully submitted,


/s/ Benjamin K. Grant
Benjamin K. Grant

Bar #4328
Attorney for Maine Citizens for Clean Elections
McTeague, Higbee, Case, Cohen, Whitney & Toker, P.A.
Four Union Park, P.O. Box 5000
Topsham, ME 04086-5000
(207) 725-5581
bgrant@mcteaguehigbee.com