**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **NATIONAL ORGANIZATION FOR MARRIAGE, et al.** | ) ) ) | |
| **Plaintiffs** | ) ) | |
| **v.** | ) ) | **CIVIL NO.  09-538-B-H** |
| **WALTER F. MCKEE, et al.** | ) ) | |
| **Defendants** | ) | |

.

## ORDER

On June 16, 2010, the plaintiffs filed a Motion for Protective Order Regarding Donor Discovery (Docket No. 104). That motion is now STRICKEN from the docket for failure to comply with Local Rule 26(b).

So ORDERED.

Dated at Portland, Maine, this 17th day of June, 2010.

/s/ John H. Rich III
John H. Rich III
U.S. Magistrate Judge