UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NATIONAL ORGANIZATION FOR MARRIAGE, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) Civil No. 09-538-B-H |
| v. | )<br>) |
| WALTER F. McKEE, et al., | )<br>) |
| Defendants. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On August 24, 2010, the United States Magistrate Judge filed his Recommended Decision (Docket # 174) on Plaintiff's Motion for Stay Pending Appeal (Docket # 167). Plaintiff filed its Objection to the Recommended Decision (Docket # 175) on August 27, 2010. Defendants filed their Response to Plaintiff's Objection (Docket # 188) on August 31, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (Docket # 174) is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion for Stay Pending Appeal (Docket # 167) is **DENIED**.

3. The parties are hereby **ORDERED** to re-file the stipulated trial record, properly redacted in accordance with Federal Rule of Civil Procedure 5.2, with the Clerk of Court in paper form no later than September 14, 2010.

SO ORDERED.

    /s/ George Z. Singal
United States District Judge

Dated this 31st day of August, 2010.