UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **NATIONAL ORGANIZATION FOR MARRIAGE and AMERICAN PRINCIPLES IN ACTION,** ) ) ) ) | |
| **PLAINTIFFS** ) ) | |
| v. ) ) | CIVIL NO. 1:09-cv-538-DBH |
| **WALTER F. MCKEE, ANDRE G. DUCHETTE, MICHAEL P. FRIEDMAN, FRANCIS C. MARSANO and EDWARD M. YOUNGBLOOD, all in their official capacity as members of the Commission on Governmental Ethics and Election Practices; MARK LAWRENCE, STEPHANIE ANDERSON, NORMAN CROTEAU, EVERT FOWLE, R. CHRISTOPHER ALMY, GEOFFREY RUSHLAU, MICHAEL E. POVICH and NEAL T. ADAMS, all in their official capacity as District Attorneys of the State of Maine; and JANET T. MILLS, in her official capacity as Attorney General of the State of Maine** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **DEFENDANTS** ) | |

## JUDGMENT

In accordance with the Decision and Order on Cross-Motions for Summary Judgment, issued on February 18, 2011, by District Judge D. Brock Hornby; JUDGMENT as to Counts One through Four of the Second Amended Complaint is hereby entered for the Defendants, Walter F. McKee, Andre G. Duchette, Michael P. Friedman, Francis C. Marsano, Edward M. Youngblood, Mark Lawrence, Stephanie Anderson, Norman Croteau, Evert Fowle, R. Christopher Almy, Geoffrey

Rushlau, Michael E. Povich, Neal T. Adams and Janet T. Mills, and against Plaintiffs, National Organization for Marriage and American Principles in Action.

                                                 Christa K. Berry
                                                 Clerk of Court

                                               <u>/s/ Melody Whitten</u>
                                               By: Melody Whitten
                                               Deputy Clerk

Dated: February 18, 2011