SCANNED



**WILLIAM J. SCHNEIDER**
ATTORNEY GENERAL

TEL: (207) 626-8800
TTY: 1-800-577-6690

STATE OF MAINE
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0006

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2012 MAR 26 P 4: 19

DEPUTY CLERK

REGIONAL OFFICES:
84 HARLOW ST., 2ND FLOOR
BANGOR, MAINE 04401
TEL: (207) 941-3070
FAX: (207) 941-3075

415 CONGRESS ST., STE. 301
PORTLAND, MAINE 04101
TEL: (207) 822-0260
FAX: (207) 822-0259

14 ACCESS HIGHWAY, STE. 1
CARIBOU, MAINE, 04736
TEL: (207) 496-3792
FAX: (207) 496-3291

March 24, 2012

Melody Whitten, Case Manager
Edward T. Gignoux United States Courthouse
156 Federal Street
Portland, Maine 04101

RE: *National Organization for Marriage et al. v. Walter F. McKee et al.*
U.S. District Court, Civil No. 1:09-cv-00538

Dear Ms. Whitten:

In accordance with the Court's orders of March 1 and March 19, 2012, enclosed please find a paper copy of the entire stipulated trial record, organized as it was indexed in Docket Item 157. At the plaintiffs' request, we have inserted new cover sheets on the documents that were previously filed under seal as Docket Items 132 and 153, indicating that fact. All of the other documents enclosed are stamped with the number reflecting the original filing. Bank account numbers have been redacted on several pages in accordance with Rule 5.2 of the Federal Rules of Civil Procedure.

This filing is being submitted on behalf of both plaintiffs and defendants. If you have any questions, please let us know. Thank you for your attention to this matter.

Sincerely,

*Phyllis Gardiner*

Phyllis Gardiner
Assistant Attorney General

PG/ajo
Enclosure
cc: Randy Elf, Esq. (w/out enclosure)
    Jeffrey Gallant, Esq. (w/out enclosure)