In the United States District Court
for the District of Maine

| | |
|---|---|
| **The National Organization for Marriage,** and American Principles In Action,<br><br>*Plaintiffs*<br><br>*v.*<br><br>**Walter F. McKee,** Andre G. Duchette, Michael P. Friedman, Francis C. Marsano, and Edward M. Youngblood, all in their official capacity as members of the Commission on Governmental Ethics and Election Practices; Mark Lawrence, Stephanie Anderson, Norman Croteau, Evert Fowle, R. Christopher Almy, Geoffrey Rushlau, Michael E. Povich, and Neal T. Adams, all in their official capacity as Maine district attorneys; and William J. Schneider, in his official capacity as Maine attorney general,<br><br>*Defendants* | Civil Action No. 1:09-cv-538 |

**Charging Lien Notice**

PLEASE TAKE NOTICE THAT The Bopp Law Firm, as attorneys for the Plaintiff National Organization for Marriage and the Plaintiff American Principles In Action, hereby asserts a charging lien in the amount of $944,688.50 for reasonable attorney fees and $42,150.13 for reimbursable expenses, for a total of $986,838.63, to be assessed against the Defendants under 42 USC section 1988 when Plaintiffs prevail herein. These figures are for both parts of this action: The

1

**NOM CHARGING LIEN NOTICE - MAINE**

first part, which challenges law regulating speech about candidates, and the second part, which challenges law regulating speech about ballot measures.

Respectfully submitted,

| | |
|---|---|
| | /s/ James Bopp, Jr. |
| Stephen C. Whiting, | James Bopp, Jr., Ind. No. 2838-84 |
| Maine No. 559 | Randy Elf, N. Y. No. 2863553 |
| THE WHITING LAW FIRM | Jeffrey Gallant, Va. No. 46876 |
| 75 Pearl Street, Suite 207 | JAMES MADISON CENTER |
| Portland, Maine  04101 | FOR FREE SPEECH |
| Telephone (207) 780-0681 | 1 South Sixth Street |
| Facsimile  (207) 780-0682 | Terre Haute, Ind.  47807 |
| *Local Counsel for Plaintiffs* | Telephone (812) 232-2434 |
| | Facsimile  (812) 234-3685 |
| | *Lead Counsel for Plaintiffs* |

April 12, 2012

## Certificate of Service

I certify that on April 12, 2012, I electronically filed the foregoing **Charging Lien Notice** with the clerk of court using the CM/ECF system, which will notify:

| | |
|---|---|
| Phyllis Gardiner | Phyllis.Gardiner@maine.gov |
| Thomas A. Knowlton | Thomas.A.Knowlton@maine.gov |
| | Amy.Oliver@maine.gov |
| Patrick A. Parson | Patrick@ParsonDrum.com |

/s/ James Bopp, Jr.
James Bopp, Jr.

April 12, 2012