UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **NATIONAL ORGANIZATION FOR MARRIAGE** AND **AMERICAN PRINCIPLES IN ACTION,** | ) ) ) | |
| | ) | |
| **PLAINTIFFS** | ) | |
| | ) | |
| v. | ) | CIVIL NO. 09-538-B-H |
| | ) | |
| **WALTER F. McKEE,** *in his official capacity as member of the Commission on Governmental Ethics and Election Practices,* **ET AL.,** | ) ) ) ) | |
| | ) | |
| **DEFENDANTS** | ) | |

### ORDER ON MOTION TO AMEND OR FOR CLARIFICATION REGARDING ORDER MODIFYING CONSENT CONFIDENTIALITY ORDER

I see no reason to grant the motion. When a party through counsel makes a commitment to the court in seeking alteration of the Court's previous Order, as the defendants did here, and the Court explicitly relies upon the commitment in altering its Order, as I did here, the Court assumes that the party and the lawyer (an officer of the court) who made the commitment will fulfill their promise or seek judicial relief from their commitment before violating it. There is therefore no need to include additional language in the Order requiring the defendants to fulfill their commitment, or for me to enter

the parties' debate whether the proposed language alters the commitment to which I have referred.

**SO ORDERED.**

**DATED THIS 8TH DAY OF MARCH, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**